UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

RYAN WEBSTER,

        PLAINTIFF,

                      CASE NO. 2:20-CV-450-BHL

v.

METALCRAFT OF MAYVILLE, INC.
        DEFENDANT.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed.R.Civ.P 41(a), Plaintiff Ryan Webster, by and through his attorneys, Hawks Quindel, S.C., and Defendant, Metalcraft of Mayville, Inc., by and through its attorneys, Thomas P. Krukowski, S.C. and Jackson Lewis, P.C. respectfully request that this matter be dismissed with prejudice and without further fees or costs to either party.

Dated this 28th day of January, 2021.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| **s/ THOMAS P. KRUKOWSKI** | **s/ LARRY A. JOHNSON** |
| Thomas P. Krukowski, SBN 1013222 | Larry A. Johnson, SBN 1056619 |
| tkrukowski@tpklegal.com | ljohnson@hq-law.com |
| | Summer H Murshid, SBN 1075404 |
| **Thomas P. Krukowski, S.C.** | smurshid@hq-law.com |
| 116 Legend Way | Timothy P. Maynard, SBN 1080953 |
| Wales, WI 53183 | tmaynard@hq-law.com |
| (414) 881-4210 (office) | Nathan T. Caputa, SBN 1115499 |
| | ncaputa@hq-law.com |
| Ronald S. Stadler, SBN 1017450 | |
| ronald.stadler@jacksonlewis.com | **Hawks Quindel, S.C.** |
| Jonathan E. Sacks, SBN 1103204 | 222 E Erie Street, Suite 210 |
| jonathan.sacks@jacksonlewis.com | P.O. Box 442 |
| | Milwaukee, WI 53202-0442 |
| **Jackson Lewis, P.C.** | (414) 271-8650 (office) |

330 E. Kilbourn Ave., Suite 560  (414) 271-8442 (facsimile)
Milwaukee, WI 53202
(414) 944-8900 (office)  **Attorneys for Plaintiff**
(414) 944-98901 (facsimile)

**Attorneys for Defendant**